1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GLORIA DYER,

                Plaintiff,

    v.

CAROLYN W. COLVIN, Acting Commissioner
of Social Security,

                Defendant.

Case No. 2:13-CV-01776-RSM-BAT

**REPORT AND
RECOMMENDATION**

13  Gloria Dyer brought an action seeking review of the denial of her application for

14  supplemental security income payments.  Dkt. 3. The parties have filed a stipulated motion to

15  reverse and remand the case, pursuant to sentence four of 42 U.S.C. § 405(g), for further

16  administrative proceedings.  Dkt. 27.

17  On remand the Administrative Law Judge ("ALJ") should:

18       (1) Hold a *de novo* hearing and issue a new decision on Ms. Dyer's claim;

19       (2) Reevaluate the opinion of Dr. Gaffield;

20       (3) Reassess Ms. Dyer's credibility, residual functional capacity ("RFC"), and step 5

21          findings as necessary;

22  The parties stipulate that Ms. Dyer is entitled to reasonable attorney fees, expenses, and costs

23  pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

REPORT AND RECOMMENDATION - 1

1       The Court has reviewed the motion and record, and recommends the case be

2  **REVERSED** and  **REMANDED** for further administrative proceedings pursuant to the terms of

3  the parties' stipulated motion.  As the parties stipulate to remand, the Court recommends if this

4  recommendation is adopted, that it be approved immediately.  A proposed order accompanies

5  this Report and Recommendation. The Clerk shall note the matter for **March 26, 2014**, as ready

6  for the District Judge's review.

7       DATED this 26th day of March, 2014.

8

9
                         BRIAN A. TSUCHIDA

10                       United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

REPORT AND RECOMMENDATION - 2